# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : 3:15-CR-155 |
| | : (JUDGE MARIANI) |
| **DENNIS LANGLEY, JR.,** | : |
| | : |
| **Defendant.** | : |

## ORDER

**AND NOW, THIS 5th DAY OF OCTOBER, 2017,** upon consideration of Defendant's Motion to Suppress Evidence and Statements, (Doc. 25), **IT IS HEREBY ORDERED THAT** Defendant's Motion is **DENIED.**

Robert D. Mariani
United States District Judge